UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  EDCV-22-00183 (AGR)                                    Date: October 1, 2025

Title   Shanda Luckett, et. al. v. City of Los Angeles, et. al.

Present: The Honorable:   Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On August 13, 2025, this action was transferred to the calendar of this court.  (Dkt. No. 96.)

By Order dated August 18, 2025, the court ordered the parties to file a joint status report by *September 12, 2025*, that (1) described the status of fact and expert discovery; and (2) proposed a schedule for completion of any outstanding fact and expert discovery, alternative dispute resolution, dispositive motions, pretrial conference, and trial.  (Dkt. No. 97.)

To date, the parties have not filed a joint status report or requested an extension of time to do so.

Accordingly, IT IS ORDERED that Plaintiff show cause, in writing, by *November 3, 2025*, why this action should not be dismissed without prejudice for failure to prosecute.  The filing of a joint status report by *November 3, 2025* as described in the August 18, 2025 order shall discharge this order to show cause.  Plaintiff is cautioned that failure to show cause in writing, or file a joint status report or at a minimum a Plaintiff's

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  EDCV-22-00183 (AGR)                                    Date: October 1, 2025

Title  Shanda Luckett, et. al. v. City of Los Angeles, et. al.

status report, by ***November 3, 2025*** may result in dismissal of this action without prejudice for failure to prosecute.

**Initials of Preparer**  kl